# UNITED STATES DISTRICT COURT
for the

1st District of RI

RI Division

| | |
|---|---|
| Newbury, Nancy and Hastings, Mark<br>Plaintiffs Pro se<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>U.S. Department of Housing and Urban Development (HUD); Aser, Peter in official capacity as HUD Director Providene Field Office; and Morales, William in official capacity as Senior Account Executive, Asset Management Div., HUD Boston<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☒ No |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Newbury, Nancy - Plaintiff Pro se |
   | Street Address | 417 Forest Avenue, West House Apt 220 |
   | City and County | Middletown (Newport County) |
   | State and Zip Code | Rhode Island 02842 |
   | Telephone Number | 401-601-5001 |
   | E-mail Address | nancynewbury@hotmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: U.S. Department of Housing and Urban Development (HUD)
- Job or Title (if known): The Honorable Secretary Marcia Fudge
- Street Address: 451 7th Street S.W.
- City and County: Washington
- State and Zip Code: DC 20410
- Telephone Number: (800) CALL-FHA (800-225-5342)
- E-mail Address (if known): unknown

Defendant No. 2
- Name: Aser, Peter in his official capacity
- Job or Title (if known): HUD Providence Field Office Director
- Street Address: 380 Westminster Street, Suite 547
- City and County: Providence (Providence County)
- State and Zip Code: Rhode Island 02903
- Telephone Number: 401-277-8300
- E-mail Address (if known): unknown

Defendant No. 3
- Name: Morales, William in his official capacity
- Job or Title (if known): HUD Senior Account Executive, Asset Management Division
- Street Address: Thomas P. O'Neill Federal Bldg, 3rd Fl, 10 Causeway Street
- City and County: Boston
- State and Zip Code: 02222-1092
- Telephone Number: 617-994-8200
- E-mail Address (if known): unknown

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## United States ~~1st Circuit~~ District Court

CASE NO. _____

<u>PLAINTIFFS' CLAIM</u>: Federal Agency (HUD) Abuse of Discretion

<u>List of Plaintiffs</u>:

Nancy Newbury
417 Forest Ave., West House Apt 220
Middletown, RI 02842
Phone: 401-601-5001
Email: nancynewbury@hotmail.com
Ms. Newbury is a RI resident.

Mark Hastings
417 Forest Ave., West House Apt 224
Middletown, RI 02842
Phone: 401-239-7155
Email: mhastings0086@icloud.com
Mr. Hastings is a RI resident.

<u>List of Defendants</u>:

U.S. Department of Housing and Urban Development
451 7th Street, S.W.
Washington, DC 20410
Phone: unknown
Email: unknown
HUD is a federal agency of the United States of America.

Peter Aser in his official capacity
Director, HUD Providence Field Office
U.S. Department of Housing and Urban Development
380 Westminster Street, Suite 547
Providence, Rhode Island 02903
Phone unknown and Email unknown

(continued)

William Morales in his official capacity
Senior Account Executive, Asset Management Division
U.S. Department of Housing and Urban Development
HUD Regional Office, Thomas P. O'Neill Federal Bldg.
10 Causeway Street, 3rd Floor
Boston, Massachusetts, 02222-1092
Phone unknown and Email unknown

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Administrative Procedures Act (Public Law 404, 1946); HUD's Rulemaking 101; The National Housing Act, as amended; and the Housing for Older Person's Act of 1995, as amended.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

HUD's Providence Field Office director, then Kelsey Brown and now replaced by Peter Aser, approved a Master Plan by Church Community Housing Corporation (CCHC), the non-profit owner of properties named West House and West House II for the construction of 54 new one-and-two-bedroom apartments for age 55 income-eligible applicants. The new housing complex (West House II) is located on the back lot of West House, a two-story 50 apartment complex (53 residents) of efficiency-and-one-bedroom units. West House opened in 1995 and was designed for income-eligible applicants age 62 or older (resident average age is 76 in 2024).

A significant part of CCHC's Master Plan - slipped in under the rug to town planning and elected officials reviewing the plan, as well as to Middletown's police and fire chiefs, and may not have been disclosed to HUD's Providence Field Office before HUD's granting final approval of the Master Plan - allows CCHC management to create a new national housing policy of co-mingling or mixing-together two distinctly different age populations with vastly different lifestyles in a builing of frail elderly persons. Management's plan is to give keyless entry and round-the-clock daily access to all common rooms at West House (lobby, elevator, dining room, chapel, computer room, lending library/exercise room, hallways, corridors, and TV room) to as many as 100 or more West House II younger tenants and their guests.

While plaintiffs do not discriminate against the mentally disabled, as plaintiffs believe nobody who doesn't reside at West House should have keys and access to a building of elerly persons, many of whom are quite frail, a real problem exists, studied state-wide by the State of Connecticut which issued a comprehensive report on the many negative incidents to expect (such as panhandling, physical and verbal assaults, noise, profanity, drug dealing, fire, theft, etc.) when a younger mentally disabled population is mixed-in with an elderly population. The elderly at West House have little or no experience living in close proxmidity to mentally disabled persons who ordinally do not live in independent housing such as West House, but rather do better in group homes or structured and supervised houses in the community. Plaintiffs believe some or many of West House II tenants will be mentally disabled and that will cause West House's elderly to isolate themselves.

The bombardment of twice as many people (plus their guests) as themselves in the building they call home will througherly disrupt the daily lives of West House seniors. All national houing legislation affecting the elderly encourages aging-in-place (not sheltering-in-place), and promotes the safety and dignity of America's elderly in all HUD properties. National legislation and numerous HUD policies ensure the elderly in HUD properties of the peaceful enjoyment of their home.

Plaintiffs do not believe the elderly at West House should be made to suffer, and neither should they be the scapegoat for a local non-profit's cutting corners to save money (no common rooms at West House II), or their underhandedness in failing to disclose their co-mingling plan to anyone who might have objected to it (such as police and fire chiefs), instead merely labling their Master Plan "West House Expansion Plan." CCHC doesn't get to make the law, and HUD shouln't be approving any housing owner's creation of new law.

Plaintiffs complained to HUD Providence and HUD Boston and HUD Washington to no avail.

Plaintiffs claim anytime a new and managerial housing policy is established, such as this co-mingling policy, or forced mixing-together of different populations, rise is given to the establishment of a precedent, and affected citizens will have had no opportunity to know and comment, or object. There was no compliance with the Administrative Procedures Act in this case. And Congress wants to know what administrative agencies are doing, and they had no knowledge or notification of a new housing policy they didn't vote on. HUD Providence, HUD Boston, and HUD Washington failed the elderly residents at West House, and they failed all of America by not following the law and their own rules. (HUD Rulemaking 101).

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

West House II is under construction and occupancy scheduled for Ocotber 2024.

Plaintiffs seek a preliminary injunction to stop management from furnishing any keys or entry to anyone who does not reside at West House. A breezeway/connector between the two builing (allowing West House II to access West House) has cement poured for its foundation. Plaintiffs don't object to the breezeway/connector if it makes it easier for management and maintenance to go between the two builings, but plaintiffs would like the work on the breezeway/connector halted until this Honorable Court has ruled on the matter. Thank you.

Plaintiffs will file the appropriate motion.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/29/2024

Signature of Plaintiff
Printed Name of Plaintiff    Nancy Newbury

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|  |  |
|---|---|
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*/s/ Mark Hastings*
Mark Hastings

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, informati(on) and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, caus(e) unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions hav(e) evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers m(ay) be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Nancy Newbury*