UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NANCY NEWBURY, et al.

      Plaintiffs,

      v.                              CA No. 24-cv-084-WES

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPEMENT,
et al.,
      Defendants.

**JUDGMENT**

      This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

      Pursuant to the Memorandum and Order entered on November 14, 2024, and in accordance with Fed. R. Civ. P. 58, judgment is entered dismissing this civil action.

      It is so ordered.

November 14, 2024                  By the Court:

                                    /s/ William E. Smith
                                    United States District Judge